UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELIPE VALENCIA,

 Plaintiff,

v.

SECRETARY OF STATE,

 Defendant.

_____/

Case No. 1:20-cv-66

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the opinion entered today (ECF No. 8), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

 **IT IS SO ORDERED.**

Dated:  March 10, 2021       _/s/ Paul L. Maloney_____
              Paul L. Maloney
              United States District Judge